IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENNIE LEE WOODGETT, | : | |
| Petitioner, | : | 1:15-cv-1729 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| WARDEN PERDUE, | : | |
| Respondents. | : | |

# ORDER

**November 9, 2015**

Upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons stated in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motions (Docs. 2, 5) for leave to proceed *in forma pauperis* are GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.

3. The Clerk of Court is directed to NOTIFY the petitioner.

4. The Clerk of Court is further directed to CLOSE this case.

s/ John E. Jones III
John E. Jones III
United States District Judge